UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-06066-ODW (MARx) | Date | May 29, 2025 |
|---|---|---|---|
| Title | *MusicQubed Innovations, LLC v. LiveOne, Inc. et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

|  Attorneys Present for Plaintiffs:  |  Attorneys Present for Defendants:  |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

In light of the Joint Notice of Settlement, the Court ordered the parties to file a dismissal that complies with Federal Rule of Civil Procedure 41 by May 16, 2025. (ECF No. 37.) The Court noted that "[f]ailure to timely comply with this order shall result in the dismissal of this action." (*Id.*)

The parties did not file a timely dismissal in compliance with the Court's order. Instead, on May 27, 2025, the parties filed a second Stipulation requesting the Court extend the stay until June 16, 2025. (Stip. Stay, ECF No. 38.) The parties do not explain why they could not comply with the Court's order or reach a settlement before the deadline. Despite the parties' failure to timely comply with the Court's order, the Court generously considers the parties' Stipulation and **GRANTS** the request. The Court cautions the parties that failure to timely comply with this order <u>shall</u> result in the dismissal of this action. No further extensions of the stay will be granted.

**IT IS SO ORDERED.**

|  |  : | 00 |
|---|---|---|
| Initials of Preparer | SE | |